1   Marion I. Quesenbery, Cal. SBN 072308
    R. Jason Read, Cal. SBN 117561
2   RYNN & JANOWSKY, LLP
    P.O. Box 20799
3   Oakland, CA  94620
    Telephone:  (510) 705-8894
4   Facsimile:  (510) 705-8737
    E-mail:  marion@rjlaw.com
5   E-mail:  jason@rjlaw.com

6   Attorneys for Defendant
    U.S. Fruit & Veg, Inc.

7

                    UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  LAURA CORTEZ,                          CASE NO.  C08-03879 JF

11                    Plaintiff,           **STIPULATION TO EXTEND TIME
                                           TO RESPOND TO COMPLAINT**
12          v.

13  U.S. FRUIT & VEG, INC., and DOES 1
    through 30, inclusive,

14                    Defendants.

15          Pursuant to Local Court Rule 6-1(a), Plaintiff and Defendant U.S. FRUIT & VEG, INC.

16  ("U.S. Fruit") stipulate and agree that Defendant U.S. Fruit may have to and including October 3,

17  2008 to file a response to Plaintiff's Complaint.

18  Date:  August 28, 2008                 RYNN & JANOWSKY, LLP

19

20                          By:     /s/ Marion I. Quesenbery
                                    MARION I. QUESENBERY
21                                  Attorneys for Defendant
                                    U.S. Fruit & Veg, Inc.

22

23

24

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C08-03879 JF – Page 1

1 | Date: August 28, 2008

HENRY D. NUNEZ
Law Office of Henry D. Nunez

By: _____

HENRY D. NUNEZ, Cal. Bar No. 063412
Law Office of Henry D. Nunez
Attorneys for Plaintiff Laura Cortez

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C08-03879 JF – Page 2