1  Marion I. Quesenbery, Cal. SBN 072308
   R. Jason Read, Cal. SBN 117561
2  RYNN & JANOWSKY, LLP
   P.O. Box 20799
3  Oakland, CA  94620
   Telephone:  (510) 705-8894
4  Facsimile:  (510) 705-8737
   E-mail:  marion@rjlaw.com
5  E-mail:  jason@rjlaw.com

6  Attorneys for Defendant
   U.S. Fruit & Veg, Inc.

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 LAURA CORTEZ,                        CASE NO.  C08-03879 JF

11              Plaintiff,              **STIPULATION TO EXTEND TIME
                                        TO RESPOND TO COMPLAINT**
12       v.

13 U.S. FRUIT & VEG, INC., and DOES 1
   through 30, inclusive,
14
                Defendants.

15       Pursuant to Local Court Rule 6-1(a), Plaintiff and Defendant U.S. FRUIT & VEG, INC.

16 ("U.S. Fruit") stipulate and agree that Defendant U.S. Fruit may have to and including October

17 17, 2008 to file a response to Plaintiff's Complaint.

18 Date:  October 2, 2008             RYNN & JANOWSKY, LLP

19

20                            By:    /s/ Marion I. Quesenbery
                                     MARION I. QUESENBERY
21                                   Attorneys for Defendant
                                     U.S. Fruit & Veg, Inc.
22

23

24

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C08-03879 JF – Page 1

1  Date: October 2, 2008

HENRY D. NUNEZ
Law Office of Henry D. Nunez

2

3

By: _____

4  HENRY D. NUNEZ, Cal. Bar No. 063412
Law Office of Henry D. Nunez

5  Attorneys for Plaintiff Laura Cortez

6

7

8  **IT IS SO ORDERED.**

9

Date: October 6, 2008

10

_____

11  **JEREMY FOGEL**
**UNITED STATES DISTRICT COURT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. C08-03879 JF – Page 2